

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MWG/SMS/IC                          *271 Cadman Plaza East*
F. #2024R00654                      *Brooklyn, New York 11201*

October 23, 2025

By ECF and E-mail

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:    United States v. Ernest Aiello, et al.
              Criminal Docket No. 25-314 (RER)

Dear Judge Cho:

       The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

       Respectfully submitted,

       JOSEPH NOCELLA, JR.
       United States Attorney

     By:         /s/
       Michael W. Gibaldi
       Sean M. Sherman
       Irisa Chen
       Assistant U.S. Attorney
       (718) 254-7000

Enclosure

cc:    Clerk of Court (by ECF)