AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| UNITED STATES | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  25-CR-314 (RER) |
| ERNEST AIELLO, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROBERT STROUD

Date:    11/04/2025

*Attorney's signature*

VINCENT J. MARTINELLI VJM0128
*Printed name and bar number*

900 SOUTH AVENUE
THIRD FLOOR
STATEN ISLAND, NY 10314

*Address*

VINCENT@VINCENTMARTINELLILAW.COM
*E-mail address*

(718) 667-0500
*Telephone number*

(718) 568-3550
*FAX number*