

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street  |  New York, NY 10019-6131  |  tel 212.858.1000  |  fax 212.858.1500

Christopher Caffarone
Tel: +1.212.858.1220
christopher.caffarone@pillsburylaw.com

June 1, 2026

**VIA ECF**
The Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *United States v. Aiello et al.*, 25-cr-314-RER-CHK

Dear Judge Kaminsky,

We write on behalf of our client Robert Stroud in the above-captioned matter to request a modification of Mr. Stroud's bail conditions that would remove his electronic monitoring and permit him to travel the continental United States with prior approval from Pretrial Services. Pretrial Services consents to these modifications, and the Government has deferred to Pretrial Services.

Mr. Stroud has been fully compliant with all conditions of his release since October 2025. He has appeared in Court as required, complied with the terms of his supervision, and been fully cooperative with Pretrial Services. The modifications he seeks—removal of his ankle monitor and the ability to request Pretrial Services' consent to travel within the United States—are less restrictive means to monitor Mr. Stroud while he awaits sentencing.

With respect to his request to remove the electronic monitoring, Mr. Stroud is nearly 68 years old and has various health issues. His age and physical condition have made wearing the monitor extremely uncomfortable, and he has experienced pain and swelling in his ankle. This has interfered with Mr. Stroud's day-to-day life, including his ability to care for his ailing uncle and go through airport security when he makes Court appearances or visits his attorneys in New York. Removing the electronic monitoring will alleviate these concerns.

Hon. Clay H. Kaminsky
June 1, 2026
Page 2

With respect to his request to travel throughout the continental United States with prior approval from Pretrial Services, this will allow Mr. Stroud to spend time with family members who reside in various states. He has extensive family ties within the United States, including grandchildren in Georgia and Ohio. Currently, he is only permitted to travel within the Western District of Kentucky, where he resides with his wife of more than 40 years, and to New York City and Long Island for court appearances. Expanding his ability to travel will help keep his familial ties strong.

We respectfully submit that neither of these modifications is controversial, especially because Mr. Stroud is not a flight risk. He has never left the country and, as indicated in his bond, he does not even possess a passport. Moreover, on May 29, 2026, Mr. Stroud entered a guilty plea, ECF No. 523, and he is prepared to accept responsibility for his actions when sentenced in October.

We thank the Court for its consideration.

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Christopher C. Caffarone*
Christopher C. Caffarone
Andrew Wiktor
31 West 52nd Street
New York, NY 10019-6131
(212) 858-1220
christopher.caffarone@pillsburylaw.com
andrew.wiktor@pillsburylaw.com

cc:  All counsel of record (via ECF)